**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2480**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE:<br><br>JOSEPH AVERSA | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.:  09-43618 MS<br><br>TRUSTEE'S NOTICE OF MOTION TO DISMISS PETITION<br><br>Hearing Date:  4/15/2010 at 11:00 a.m. |

TO:  ALEXANDER J. RINALDI, ESQ.
SALNY, REDBORD & RINALDI
9 EYLAND AVE. AT RT. 10
SUCCASUNNA, NJ 07876
[*Via Regular Mail*]

JOSEPH AVERSA
211 MOUNT ARLINGTON BLVD.
LANDING, NJ 07850
[*Via Regular Mail*]

      PLEASE TAKE NOTICE, that on 4/15/2010 at 11:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, the undersigned, Marie-Ann Greenberg, Chapter 13 Standing Trustee, will move before the Honorable Morris Stern, Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey 07102, for an Order Dismissing this case.

      The undersigned will rely on the attached Certification in support of this motion, plus oral report updating the information on the return date of this motion.

                                     MARIE-ANN GREENBERG
                                     Chapter 13 Standing Trustee

                      By:  /s/ Marie-Ann Greenberg
                             Marie-Ann Greenberg
                             Chapter 13 Standing Trustee

Dated:  January 29, 2010