**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2480**
**Chapter 13 Standing Trustee**

IN RE:

JOSEPH AVERSA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  09-43618 MS

CERTIFICATION IN SUPPORT OF MOTION TO DISMISS PETITION

Hearing Date:  4/15/2010 at 11:00 a.m.

I, Jackie Michaels, being of full age certify that:

1. I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

2. The debtor(s) filed the instant Chapter 13 petition on Dec. 14, 2009.

3. Debtor(s) failed to meet the requirements of 521(e)(2)(A)(i), in that the debtor(s) failed to produce a copy of the most recently filed pre-petition tax return or transcript thereof.

4. In addition, debtors(s):
   (X) failed to appear at the scheduled 341A Meeting of Creditors hearing on 1/19/2010.
   ( ) failed to provide a Certificate of Credit Counseling.
   (X) failed to file a plan.
   (X) failed to file statements and schedules.
   (X) failed to make payments to the Standing Trustee as of 1/29/2010.

5. The debtor(s) filed _____ bankruptcy cases.

6. Pursuant to the BAPCPA, the Court must dismiss this case.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  January 29, 2010                                    By: \S\ Jackie Michaels
                                                                 Jackie Michaels
                                                                 Administrator